UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF ALASKA

| | |
|---|---|
| WADE McCOLLOUGH,<br><br>Plaintiff,<br><br>vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>Defendant. | Civil No. 06-0007-RRB<br><br>~~PROPOSED~~ AGREED ORDER REMANDING CASE FOR FURTHER ADMINISTRATIVE PROCEEDINGS PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) |

On September 7, 2007, the Ninth Circuit Court of Appeals vacated the decision of this court [Memorandum at docket 34] and entered Judgment [at docket 33] that reversed and remanded the captioned matter for additional proceedings before an Administrative Law Judge (ALJ).

Accordingly, this matter is **REVERSED** and **REMANDED** to the Commissioner for further administrative proceedings, a new hearing, and a new decision pursuant to sentence four

Page 1   ORDER ON REMAND - [CV-06-0007-RRB]

of 42 U.S.C. § 405(g) consistent with the memorandum of the Ninth Circuit Court of Appeals, numbered 07-35047 and dated September 7, 2007.

**IT IS SO ORDERED.**

DATED this 11 day of December 2007.

RALPH R. BEISTLINE
UNITED STATES DISTRICT JUDGE

Presented by:

s/ NANCY A. MISHALANIE
Special Assistant U.S. Attorney
Office of the General Counsel
701 Fifth Avenue, Suite 2900 MS/901
Seattle, Washington 98105-7075
Telephone: (206) 615-3619
FAX: (206) 615-2531
Nancy.Mishalanie@ssa.gov


s/ PAUL B. EAGLIN,
Attorney for Plaintiff, Wade McCollough
Eaglin Law Office
P.O. Box 81910
Fairbanks, AK 99708-1910
Telephone: (907) 374-4744
FAX: (907) 374-4766