# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

WADE McCOLLOUGH
      Plaintiff,

                                                      Case Number 4:06-CV-00007-RRB

v.

MICHAEL J. ASTRUE,
Commissioner of Social
Security Administration,                    **AMENDED**
      Defendant.                           **JUDGMENT IN A CIVIL CASE**

\_   **JURY VERDICT**.  This action came before the court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

 XX   **DECISION BY COURT**.  This action came to trial or hearing before the court.  The issues have been tried or heard and a decision has been rendered.

      IT IS ORDERED AND ADJUDGED:

      THAT the decision of the Social Security Administration is REVERSED and the matter REMANDED for further administrative proceedings, hold a new hearing, and a new decision pursuant to sentence four of 42 USC 405(g) consistent with the memorandum of the Ninth Circuit Court of Appeals (dockets 30 and 31).

APPROVED:

 s/RALPH R. BEISTLINE
 RALPH R. BEISTLINE
 United States District Judge

_____
Date: December 17, 2007

*NOTE: Award of prejudgment interest, costs and attorney's fees are governed by D.Ak. LR 54.1, 54.3, and 58.1.*         IDA ROMACK
                                                             Ida Romack, Clerk of Court

[ ]{JMT2.WPT*Rev.3/03}